IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 cr 38

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| FELIPE MARTINEZ FIGUEROA. ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Maria C. McLendon's Application for Admission to Practice *Pro Hac Vice* of Cathy M. Alterman. It appearing that Cathy M. Alterman is a member in good standing with the Georgia State Bar and will be appearing with Maria C. McLendon, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorneys seeking admission has been provided, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Application for Admission to Practice *Pro Hac Vice* (#16) is **GRANTED**, and that Cathy M. Alterman is

**ADMITTED** to practice, *pro hac vice*, before the Bar of this Court while associated with Maria C. McLendon.

Signed: July 26, 2016

Dennis L. Howell
United States Magistrate Judge