# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:16-CR-00038-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FELIPE MARTINEZ FIGUEROA, )<br>)<br>Defendant. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment. [Doc. 44]. Also before this Court are two motions by the Defendant to extend the plea deadline. [Docs. 42, 43].

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Indictment [Doc. 44] is **GRANTED.** Specifically, Counts Two and Three of the Indictment are hereby **DISMISSED WITH PREJUDICE**. All remaining Counts of the Indictment are hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to provide copies of this Order to counsel for the Government, counsel for the Defendant, and the U.S. Probation Office.

**IT IS FURTHER ORDERED** that both of Defendant's motions to extend the plea deadline [Docs. 42, 43] are **DENIED** as moot.

**IT IS SO ORDERED.**

Signed: December 29, 2016

Martin Reidinger
United States District Judge